In the Matter of the Application of HENRY C. PITNEY et al.,
as Trustees under the Will of CATHARINE C. HALSTED,
Deceased, Respondent.

CHARLES S. HALSTED, Appellant.

*Matter of Pitney*, 113 App. Div. 845, modified.
(Argued October 3, 1906; decided October 16, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
5, 1906, which modified and affirmed an order of Special
Term granting the application of Henry C. Pitney and James
M. Halsted to be discharged as trustees under the will of
Catharine C. Halsted, deceased, settling their accounts and
appointing a new trustee.

*George W. Carr* for appellant.

*Edgar J. Nathan* for trustees, respondents.

*William T. Gilbert* for Charles C. Lockwood, as special
guardian, respondent.

*Per Curiam.* The selection of a new or substituted trustee
rested in the discretion of the Supreme Court and is not sub-
ject to review by this court.

It is extremely doubtful, to say the least, whether the infant
has any interest in the corpus of the trust fund. Therefore,
the compensation for the services of the guardian was neces-
sarily limited to taxed costs and the court was not authorized
to make him an allowance. (*Matter of Holden*, 126 N. Y.
589; *Matter of Robinson*, 40 App. Div. 30; affd., 160 N. Y.
448.)

The order appealed from should be modified so as to strike
out the allowance to the guardian *ad litem*, and in lieu thereof
direct that said guardian be paid his costs to be taxed, and as
modified affirmed, without costs of this appeal to either party.

CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN,
WERNER, WILLARD BARTLETT and CHASE, JJ., concur.

Ordered accordingly.